**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) No. 08-CR-30265-WDS |
| | ) |
| DEMOND SPRUILL | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

This matter is before the Court on defendant's motion for a statutory evaluation pursuant to 18 U.S.C. §4241 to determine if the defendant is able to understand the nature and consequences of the proceedings against him and to aid in his defense. Upon review of the record, the Court **FINDS** that there is sufficient evidence in the record to warrant an examination to determine whether the defendant is currently suffering from a mental disease or defect which may render him mentally incompetent to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Accordingly, the Court hereby **ORDERS** that the defendant, DeMond Spruill, undergo a psychological or psychiatric examination by a licensed psychiatrist or psychologist at an institution to be designated by the Attorney General or his designee. The examination shall be completed within forty-five (45) days unless an extension is granted by the Court. The psychiatric or psychological report, or both, shall be filed with the Court, under seal, in accordance with 18 U.S.C. §4247(b) and (c).

The United States Marshal shall transport the defendant to the institution designated by the

Attorney General or his designee and upon completion of the examination, shall return the Defendant to the Court for a hearing in accordance with Sections 4241 and 4247(d), said hearing to be scheduled by the Court after receipt of the psychiatric or psychological report. The forty-five (45) days allowed for the examination of the defendant pursuant to this Order shall begin on the day the defendant is first physically present at the institution designated by the Attorney General or his designee.

**IT IS SO ORDERED.**

**DATED: February 13, 2009.**

s/*WILLIAM D. STIEHL*
DISTRICT JUDGE