IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>DEMOND SPRUILL,<br><br>      Defendant. | Case No. 08-CR-30265-SMY |

**ORDER**

This matter comes before the Court on counsel Todd M. Schultz's motion for leave to withdraw (Doc. 63) as counsel for defendant Demond Spurill.

On November 24, 2014, Defendant filed a *pro se* Motion for Reduction of Sentence pursuant to 18 U.S.C. section 3582(c)(2). (Doc. 60).  Pursuant to Administrative Order 167, Todd M. Schultz entered his appearance on behalf of the Defendant.  On November 26, 2014, Counsel filed a Motion to Withdraw as Attorney, citing to the fact that Defendant's Motion is not meritorious.  (Doc. 63).  Defendant was given until December 26, 2014 to respond to counsel's Motion, and he has failed to submit a response.

The Amendment to the Sentencing Guidelines, Amendment 782, went into effect November 1, 2014 and applies retroactively.  The Amendment generally reduces the offense level assigned to the drug quantities described in Sections 2D1.1 and 2D1.11.  However, Defendant was sentenced as a career offender pursuant to section 4B1.1.  *See* PSR, Transcript of Sentencing Hearing.   The Amendment does not apply to those sentenced as career offenders. Therefore, Defendant's guideline range remains unchanged, and he is ineligible for a sentence reduction under the Amendment.  Furthermore, the Court lacks jurisdiction to grant any such

relief.  *United States v. Forman*, 553 F.3d 585, 588-590 (7th Cir. 2009).  As there is no non-frivolous basis for seeking relief, Counsel's Motion to Withdraw (Doc. 63) is GRANTED, and the Defendant's Motion for Reduction of Sentence (Doc. 60) is DENIED.

**IT IS SO ORDERED.**
**DATED: January 5, 2015**

                                                        s/ Staci M. Yandle
                                                       **STACI M. YANDLE**
                                                       **DISTRICT JUDGE**